# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICHOLLE BARCELO,<br><br>*Plaintiff*,<br>v.<br><br>TEVA PHARMACEUTICALS USA, INC., et al.,<br><br>*Defendants*. | Case No. 18-CV-03984-HB |

## ORDER

AND NOW this _____ day of _____, 2019, upon consideration of the motion of defendants Teva Women's Health, Inc., The Cooper Companies, Inc., and CooperSurgical, Inc., to transfer venue of this matter to the Southern District of Texas pursuant to 28 U.S.C. § 1404(a), and the Court having considered the motion, the response in opposition, and reply in support, and for good cause shown,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**, and this matter is transferred to the Southern District of Texas.

BY THE COURT:

_____
Hon. Harvey Bartle, III   J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICHOLLE BARCELO,<br><br>   *Plaintiff*,<br>v.<br><br>TEVA PHARMACEUTICALS USA, INC., et al.,<br><br>   *Defendants*. | Case No. 18-CV-03984-HB |

## FIRST ALTERNATE ORDER

AND NOW this _____ day of _____, 2019, upon consideration of the motion of defendants Teva Women's Health, Inc., The Cooper Companies, Inc., and CooperSurgical, Inc., to dismiss for lack of personal jurisdiction, and the Court having considered the motion, the response in opposition, and reply in support, and for good cause shown,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**, and this action is dismissed as this Court has no jurisdiction over defendants Teva Women's Health, Inc., The Cooper Companies, Inc., and CooperSurgical, Inc.

BY THE COURT:

_____
Hon. Harvey Bartle, III   J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICHOLLE BARCELO, <br><br> *Plaintiff*, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., et al., <br><br> *Defendants*. | Case No. 18-CV-03984-HB |

## **SECOND ALTERNATE ORDER**

AND NOW, this _____ day of _____, 2019, upon consideration of the motion of defendant CooperSurgical, Inc., and The Cooper Companies, Inc., for judgment on the pleadings to dismiss for failure to state a claim, and the Court having considered the motion, the response in opposition, and reply in support, and for good cause shown,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**, and this action is dismissed as to CooperSurgical, Inc. and The Cooper Companies, Inc.

BY THE COURT:

_____
Hon. Harvey Bartle, III   J.